912

No. 465.   EDWARDS *v.* PACIFIC FRUIT EXPRESS Co. C. A. 9th Cir.   Certiorari granted.   *David S. Levinson* for petitioner.   *Alan C. Furth* for respondent.

No. 344.   MENSIK ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.   *Kinsey T. James* for petitioners.   *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Carolyn R. Just* for respondent.

No. 434.   AERONAUTICAL RADIO, INC. *v.* NATIONAL MEDIATION BOARD ET AL.   C. A. D. C. Cir.   Certiorari denied.   *Charles R. Cutler* for petitioner.   *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *John C. Eldridge* for the National Mediation Board, and *David Previant* and *Herbert S. Thatcher* for the International Brotherhood of Teamsters, respondents.

No. 458.   ENGLAND *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   *George T. Williams* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin* and *Joseph M. Howard* for the United States.

No. 461.   HARDY SALT Co. *v.* ILLINOIS ET AL.   C. A. 8th Cir.   Certiorari denied.   *John L. Davidson, Jr.,* for petitioner.   *William G. Clark,* Attorney General of Illinois, *C. Donald Robertson,* Attorney General of West Virginia, and *Lee A. Freeman* for respondents.